UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SHABAZZ THOMPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CV412-006 |
| DISTRICT ATTORNEY, | ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

On January 26, 2012, the Court ordered plaintiff to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 5.) The Court warned plaintiff that his failure to return those forms by February 25, 2012 would result in the dismissal of his case. (*Id.*) Plaintiff has not yet returned the forms. Since he has not complied with the conditions of the Court's order, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 10Th day of September, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA